Christopher Gonzalez Esq. (SBN 174455)
A. Bruce Bowden, Esq. *Admitted Pro Hac Vice*
Ivan Posey, Esq. (SBN 196386)
Leech Tishman Fuscaldo & Lampl, Inc.
A Professional Corporation
200 South Los Robles Avenue, Suite 210
Pasadena, CA 91101
Telephone No.: (626) 796-4000
Facsimile No.: (626) 795-6321

Attorneys For Plaintiff
*Sport Lisboa e Benfica - Futebol SAD*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORT LISBOA E BENFICA - FUTEBOL SAD,<br><br>PLAINTIFF,<br><br>VS.<br><br>JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al.<br><br>DEFENDANTS. | Civil Action No. 18-cv-2978<br>Hon. Ronald S.W. Lew<br><br>**DECLARATION OF CHRISTOPHER GONZALEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER: (1) PERMITTING SERVICE OF SUMMONS AND COMPLAINT VIA EMAIL; AND (2) EXTENDING DEADLINE TO SERVE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES (FRCP 4(f)(3) and 4(h))**<br><br>Hearing Date: August 7, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Ronald S.W. Lew<br>Courtroom: TBD |

**DECLARATION OF CHRISTOPHER GONZALEZ ISO MOTION FOR EMAIL SERVICE AND EXTENSION OF TIME TO SERVE**

# DECLARATION OF CHRISTOPHER GONZALEZ

I, Christopher Gonzalez declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I am a counsel for Plaintiff Sport Lisboa e Benfica - Futebol SAD ("Benfica"). I am personally familiar with the facts set forth below and, if called as a witness and sworn, I could and would testify as to them from my own knowledge, except as where stated on information and belief and, as to those facts, I believe them to be true. I make this declaration in support Benfica's Motion For Order: Permitting Service of Summons And Complaint Via Email; and Extending Deadline to Serve Complaint.

2. I conducted diligent investigations to find physical locations of the three foreign Defendants, Realistic Group, Regtime Ltd. and FranTech Solutions, through HackerTarget.com, a private cyber security firm and through Lidings law firm located in Moscow. I also conducted online searches to find physical locations of the foreign Defendants. However, I have not been able to find physical locations of Realistic Group and Regtime Ltd., the Defendants that are in the Russian Federation. Furthermore, information from these investigations on the physical locations of Realistic Group and Regtime is contradictory. Attached hereto as Exhibit A is a true and correct copy of investigation results showing various possible addresses of Realistic Group, and Regtime Ltd.

3. Attached as Exhibit B is a true and correct copy of the State Department's webpage found at https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/RussianFederation.html, last visited 6/19/2018.

4. Attached as Exhibit C is a true and correct print-outs of contact information, including email addresses for Defendant Realistic Group and Regtime Ltd. published on their websites and on the Internet registrar's directory.

5.  On June 27, 2018, I sent to three foreign Defendants, Realistic Group, Regtime Ltd. and FranTech Solutions an email regarding this instant lawsuit, accompanied by Summons, FAC and other relevant documents as a test to verify that email addresses of the foreign Defendants were valid and functioning. None of the emails sent to the email addresses for the three Defendants bounced back. Attached as Exhibit D is a true and correct copies of emails to Realistic Group, Regtime Ltd. and FranTech Solutions, and delivery receipts automatically generated by Defendants' email server.

6.  Attached as Exhibit E is a true and correct copy an email from First Legal Investigation, regarding the estimated time to complete the service of FranTech under the Hague Convention.

7.  Attached as Exhibit F is a true and correct copy of the reply email dated June 28, 2018 from Francisco Dias, a founder of FranTech, to me in response to the email I sent to FranTech's email addresses on June 27, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of July, 2018, in Glendale California.

    /s/Christopher Gonzalez
    Christopher Gonzalez