# EXHIBIT A



Home    Registrars    FAQ    Whois    FAQ

**The Accredited Registrar Directory:**

The information that appears for each registrar, including the referral web address and contact information, has been provided by each individual registrar.

# Registrar Contact Information

      **Regtime Ltd.**
17, Moskovskoe shosse, office 2103
Samara 443013
Russian Federation
7 (846) 3733047
s.shar@regtime.net

Regtime Ltd. is a leading supplier of Domain Names and related value-added online solutions to the Russian and Global market. The Company's Domain Name registration business supplies a variety of Domain Names to customers worldwide and offers secure, scaleable and robust registration services with 24-hour customer service.

This page last updated on Friday, 13-April-2018

**EXHIBIT A, Page 1 of 10**



|  |  |
| --- | --- |
| DOMAINS | HOSTING | CLOUD NEW | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒 0 |

## regtime.net

Updated 2 days ago ↻

### DOMAIN INFORMATION

| | |
| --- | --- |
| Domain: | regtime.net |
| Registrar: | Regtime Ltd. |
| Registration Date: | 2000-09-06 |
| Expiration Date: | 2018-09-06 |
| Updated Date: | 2018-02-13 |
| Status: | clientDeleteProhibited |
| | clientTransferProhibited |
| Name Servers: | ns1.nameself.com |
| | ns2.nameself.com |
| | ns3.nameself.com |

### REGISTRANT CONTACT

| | |
| --- | --- |
| Name: | Regtime Ltd. |
| Organization: | Regtime Ltd. |
| Street: | Avrora str., 181 |
| City: | Samara |
| State: | Samara |
| Postal Code: | 443045 |
| Country: | RU |
| Phone: | +7.8469799039 |
| Fax: | +7.8469799038 |
| Email: | s.shar@regtime.net |

### ADMINISTRATIVE CONTACT

| | |
| --- | --- |
| Name: | Sergey Sharikov |
| Organization: | Regtime Ltd. |
| Street: | Avrora str., 181 |
| City: | Samara |
| State: | Samara |
| Postal Code: | 443045 |
| Country: | RU |
| Phone: | +7.8469799039 |
| Email: | s.shar@regtime.net |

### TECHNICAL CONTACT

| | |
| --- | --- |
| Name: | Sergey Sharikov |
| Organization: | Regtime Ltd. |
| Street: | Avrora str., 181 |
| City: | Samara |
| State: | Samara |
| Postal Code: | 443045 |
| Country: | RU |
| Phone: | +7.8469799039 |
| Email: | s.shar@regtime.net |

### RAW WHOIS DATA

```
Domain Name: REGTIME.NET
Registry Domain ID: 34094707_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.regtime.net
```



Sale
.space
$0.00 $0.88
BUY NOW
*Offer ends 30th April 2018



Hot Deals!
.tech
.TECH @ $7.28 $49.88



Introducing
WORDPRESS HOSTING
$3.58 /mo
BUY NOW

**EXHIBIT A, Page 2 of 10**

```
Registrar URL: http://www.webnames.ru
Updated Date: 2017-07-11T09:21:09Z
Creation Date: 2002-07-24T00:00:00Z
Registrar Registration Expiration Date: 2018-09-06T04:00:00Z
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID:
Registrant Name: Regtime Ltd.
Registrant Organization: Regtime Ltd.
Registrant Street: Avrora str., 181
Registrant City: Samara
Registrant State/Province: Samara
Registrant Postal Code: 443045
Registrant Country: RU
Registrant Phone: +7.8469799039
Registrant Fax: +7.8469799038
Registrant Email: s.shar@regtime.net
Registry Admin ID:
Admin Name: Sergey Sharikov
Admin Organization: Regtime Ltd.
Admin Street: Avrora str., 181
Admin City: Samara
Admin State/Province: Samara
Admin Postal Code: 443045
Admin Country: RU
Admin Phone: +7.8469799039
Admin Email: s.shar@regtime.net
Registry Tech ID:
Tech Name: Sergey Sharikov
Tech Organization: Regtime Ltd.
Tech Street: Avrora str., 181
Tech City: Samara
Tech State/Province: Samara
Tech Postal Code: 443045
Tech Country: RU
Tech Phone: +7.8469799039
Tech Email: s.shar@regtime.net
Name Server: NS1.NAMESELF.COM
Name Server: NS2.NAMESELF.COM
Name Server: NS3.NAMESELF.COM
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-04-10T04:02:12Z <<<
```

related domain names
_____

webnames.ru    icann.org    nameself.com    internic.net



**Domains**

Register Domain Name

Transfer Domain Name

View Domain Pricing

Bulk Domain Register

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

**Infrastructure**

Datacenter Details

**Hosting & Products**

Linux Hosting

Windows Hosting

Wordpress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Virtual Private Servers

Dedicated Servers

Managed Servers

Cloud Hosting

Website Builder

Business Email

**Follow us**

Enter a Domain Name

LOGIN     OR     CREATE AN ACCOUNT

EXHIBIT A, Page 3 of 10

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

Enterprise Email

SSL Certificates

Sitelock

CodeGuard

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement

**EXHIBIT A, Page 4 of 10**



support@webnames.ru    Create request     All contacts

Be with us!    

Webnames.ru is one of the leaders of the Russian domain registration market. More than 500 000 domain names on support, we are trusted by 200 000 customers. Webnames.ru provides services on registration of domain names of sites in hundreds of national and international zones, hosting services , server rental , free DNS support, SSL certificates , Whois service . Buy domain RU , RU , RF or COM on Webnames.ru - the right solution!

**Pay how convenient**            

| Domains | Hosting and services | Buyers | For Partners | About webnames.ru |
|---|---|---|---|---|
| Domain Directory | Hosting | All actions | List of partners | About company |
| Domain Auction | SSL Certificates | Payment Methods | Become a partner | news |
| Domain Forwarding | DNS support | Account Security | Referral program | Press-center |
| Domain transfer | Website builder | Support service | Reseller panel | Careers |
| Data protection in Whois | Mail for domain | Rules of rendering services | Frequent questions from partners | Addresses of representative offices |

 ICANN Accredited Registrar

**8 800 100-40-22** Inside of Russia the call is free

Central office of Ragtime:
443013, Samara, Vertical office center,
Moscow highway, 17, office 2103, 21 floor, phone: +7 (846) 373-30-47



© 2002-2018 OOO Ragtime. All rights reserved. The site is a mass media outlet . 18+ © Content on the website.

Feedback

**EXHIBIT A, Page 6 of 10**

**Internet Software and Services**
**Company Overview of Regtime Ltd.**

April 12, 2018 10:26 PM ET

| Snapshot | People |
|---|---|

**Company Overview**

Regtime Ltd. operates an online platform which allows business to get message notifications so as to call and survey customers. The company is based in Volgograd, Russia.

**Key Executives For Regtime Ltd.**

Regtime Ltd. does not have any Key Executives recorded.

Volgograd,

Russia

**intra.ws**

**Similar Private Companies By Industry**

| Company Name | Region |
|---|---|
| "Effective Media" LLC | Europe |
| "IA RealWeb" LLC | Europe |
| 1NewTrack.com | Europe |
| 2do2go | Europe |
| 2GIS L.L.C. | Europe |

**Recent Private Companies Transactions**

| Type Date | Target |
|---|---|
| No transactions available in the past 12 months. | |

**Request Profile Update**

\

**EXHIBIT A, Page 7 of 10**

**EXHIBIT A, Page 8 of 10**



in Search
Start 1 Month Premium Trial
Live Alternative PANRE- Study for the 2019 PANRE alternative pilot program at our live CM Ad ···

REALISTIC GROUP

# Realistic Group

Internet • 5 followers

1 employee on LinkedIn

Follow See jobs

## About us

We are an internet company headquartered in Moscow.

During a year we serve every second inhabitant of Russia. Our projects enjoyed by people from 220 countries.

Discover our projects:

RGhost.net - Most popular file sharing service in Russia, also popular around the world
Flimb.com - Internet business protection service

## Company details

**Website**
http://realisticgroup.com

**Year founded**
2006

**Company type**
Privately Held

**Company size**
2-10 employees

See less

Get exclusive insights on 450,000+ public & private companies
See company growth and functional trends
Check out notable leadership changes
Try Free for 1 Month

```
Registrant Organization: Realistic Group
Registrant Street: ul. 9 Maya, d.9, kv. 8
Registrant City: Rybinsk
Registrant State/Province: Yaroslavskaya oblast
Registrant Postal Code: 152907
Registrant Country: RU
Registrant Phone: +7.4993482142
Registrant Email: contact@realisticgroup.com
Registry Admin ID:
Admin Name: Realistic Group
Admin Organization: Realistic Group
Admin Street: ul. 9 Maya, d.9, kv. 8
Admin City: Rybinsk
Admin State/Province: Yaroslavskaya oblast
Admin Postal Code: 152907
Admin Country: RU
Admin Phone: +7.4993482142
Admin Email: contact@realisticgroup.com
Registry Tech ID:
Tech Name: Realistic Group
Tech Organization: Realistic Group
Tech Street: ul. 9 Maya, d.9, kv. 8
Tech City: Rybinsk
Tech State/Province: Yaroslavskaya oblast
Tech Postal Code: 152907
Tech Country: RU
Tech Phone: +7.4993482142
Tech Email: contact@realisticgroup.com
Name Server: ERIN.NS.CLOUDFLARE.COM
Name Server: JAKE.NS.CLOUDFLARE.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-03-27T09:27:48Z <<<


Copy and paste the link below to view additional details:
http://www.webnames.ru/scripts/who.pl?domain=rghost.net
```

**EXHIBIT A, Page 10 of 10**