| | |
|---|---|
| 1 | Christopher Gonzalez (SBN 174455) |
| | A. Bruce Bowden *Admitted Pro Hac Vice* |
| 2 | Ivan Posey (SBN 196386) |
| 3 | Leech Tishman Fuscaldo & Lampl, Inc. |
| | 200 South Los Robles Avenue, Suite 210 |
| 4 | Pasadena, CA 91101 |
| 5 | Telephone No.: (626) 796-4000 |
| | Facsimile No.: (626) 795-6321 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | Sport Lisboa e Benfica - Futebol SAD |
| 8 | |
| 9 | MAURA L. REES, (State Bar No. 191698) |
| | mrees@wsgr.com |
| 10 | SAMUEL J. DIPPO, (State Bar No. 310643) |
| | sdippo@wsgr.com |
| 11 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 12 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 13 | Telephone: (650) 493-9300 |
| 14 | Facsimile: (650) 565-5100 |
| 15 | Attorney for Defendant |
| | Google LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPORT LISBOA E BENFICA - FUTEBOL SAD, | Case No. 2:18-cv-02978-RSWL (Ex) |
| | Hon. Ronald S.W. Lew |
| PLAINTIFF, | |
| VS. | **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GOOGLE LLC** |
| JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al. | |
| DEFENDANTS. | |

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO GOOGLE LLC

Pursuant to Fed. R. Civ. P. 41, Plaintiff Sport Lisboa e Benfica – Futebol, SAD ("Benfica") and Defendant Google LLC, through their respective counsel, agree as follows:

1. The claims of Plaintiff Benfica against Defendant Google LLC shall be dismissed without prejudice; and

2. The parties shall each bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Date: September 7, 2018              LEECH TISHMAN FUSCALDO & LAMPL

                                     By: /s/Christopher Gonzalez
                                         Christopher Gonzalez
                                         A. Bruce Bowden
                                         Ivan Posey
                                         Attorneys For Plaintiff Sport Lisboa e Benfica
                                         - Futebol SAD

Date: September 7, 2018              WILSON SONSINI GOODRICH & ROSATI, P.C.

                                     By: * Maura Rees
                                         Maura Rees
                                         Attorneys for Defendant Google LLC

*Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.