1
2
3
4
5

Christopher Gonzalez (SBN 174455)
A. Bruce Bowden *Admitted Pro Hac Vice*
Ivan Posey (SBN 196386)
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue, Suite 210
Pasadena, CA 91101
Telephone No.: (626) 796-4000
Facsimile No.: (626) 795-6321

6

Attorneys for Plaintiff
Sport Lisboa e Benfica - Futebol SAD

7
8
9
10
11

Robert J. Muller (SBN 189651)
bob@cypressllp.com
Laurence Cheng (SBN 306299)
larry@cypressllp.com
CYPRESS LLP
Los Angeles, California 90025
Telephone: 424.901.0123
Facsimile: 424.750.5100

12
13
14
15
16

Steven Callahan (Admitted Pro Hac Vice)
scallahan@ccrglaw.com
CHARHON CALLAHAN
ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: 214.521.6400
Facsimile: 214.764.8392

17

Attorney for Defendant Cloudflare Inc.

18

**IN THE UNITED STATES DISTRICT COURT**

19
20

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPORT LISBOA E BENFICA - FUTEBOL SAD,<br><br>PLAINTIFF,<br><br>VS.<br><br>JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al.<br><br>DEFENDANTS. | Case No. 2:18-cv-02978-RSWL (Ex)<br>Hon. Ronald S.W. Lew<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLOUDFLARE, INC.** |

21
22
23
24
25
26
27
28

Plaintiff Sport Lisboa e Benfica – Futebol, SAD ("Benfica") and Defendant Cloudflare, Inc., through their respective counsel, agree as follows:

1.     The claims of Plaintiff Benfica against Defendant Cloudflare, Inc. shall be dismissed with prejudice; and

2.     The parties shall bear their own attorneys' fees and costs.


IT IS SO STIPULATED.



Date: September 13, 2018          LEECH TISHMAN FUSCALDO & LAMPL


                                  By:  */s/Christopher Gonzalez
                                       Christopher Gonzalez
                                       A. Bruce Bowden
                                       Ivan Posey

                                  Attorneys for Plaintiff Sport Lisboa
                                  e Benfica - Futebol SAD



Date: September 13, 2018          CHARHON CALLAHAN ROBSON & GARZA, PLLC


                                  By:   /s/Steven Callahan
                                       Steven Callahan

                                  Attorneys for Defendant Cloudflare Inc.



*Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

1