# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORT LISBOA E BENFICA - FUTEBOL SAD,<br><br>PLAINTIFF,<br><br>VS.<br><br>JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al.<br><br>DEFENDANTS. | Civil Action No. 2:18-cv-02978<br>Hon. Ronald S.W. Lew<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AUTOMATTIC INC. ONLY** |

///

///

///

Pursuant to the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The claims of Plaintiff Sport Lisboa e Benfica – Futebol, SAD against Defendant Automattic Inc. only, shall be, and they hereby are, dismissed without prejudice; and

2. Each party shall each bear its own attorneys' fees and costs.

Dated: 9/24/2018          By:    s/ RONALD S.W. LEW
                                 Hon. Ronald R.S. Lew
                                 U.S. District Court Judge