1  Christopher Gonzalez Esq. (SBN 174455)
2  A. Bruce Bowden, Esq. *Admitted Pro Hac Vice*
   Ivan Posey, Esq. (SBN 196386)
3  Leech Tishman Fuscaldo & Lampl, Inc.
4  A Professional Corporation
   200 South Los Robles Avenue, Suite 210
5  Pasadena, CA 91101
6  Telephone No.: (626) 796-4000
   Facsimile No.: (626) 795-6321
7
8  Attorneys For Plaintiff Sport
   Lisboa e Benfica - Futebol SAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SPORT LISBOA E BENFICA - FUTEBOL SAD, | Civil Action No. 2:18-cv-02978-RSWL-E<br>Hon. Ronald S.W. Lew |
|---|---|
| PLAINTIFF, | |
| VS. | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |
| JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al. | |
| DEFENDANTS. | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Sport Lisboa e Benfica - Futebol SAD ("Plaintiff" or "Benfica") responds to the Court's October 15, 2018 Order to Show Cause Why This Case Should Not Be Dismissed For Lack Of Prosecution, DN 71 (the "OSC"), as follows.

1. Plaintiff's claims against Defendant Google, LLC ("Google") are completely resolved. Plaintiff dismissed Google without prejudice on or about September 7, 2018.

2. Plaintiff's claims against Defendant Cloudflare, Inc. ("Cloudflare") are completely resolved. Plaintiff dismissed Cloudlfare with prejudice on or about September 13, 2018.

3. On or about September 24, 2018, Plaintiff entered into a written settlement agreement with Defendant Automattic Inc. ("Automattic"). Plaintiff dismissed Automattic without prejudice on or about September 24, 2018. Upon Automattic's perfomance of its remaining obligations under the settlement agreement (which is expected to occur on or about October 26, 2018), Plaintiff will dismiss Automattic with prejudice.

4. Plaintiff and Defendant MarkMonitor Inc. ("MarkMonitor") are currently engaged in settlement discussions. Plaintiff has provided MarkMonitor with a proposed written settlement agreement and is currently awaiting MarkMonitor's proposed suggested revisions. Plaintiff believes that it will be able to reach a resolution of the matter as to MarkMonitor within the next four weeks.

5. Pursuant to the Court's Order dated August 21, 2018, DN 54, Plaintiff served the summons and complaint, together with all of the other case-initiating documents, on Realistic Group LLC ("RG Group") and Regtime Ltd. ("Regtime") via email on September 2 and September 5, 2018, respectively. Proofs of service on both Defendants are being filed substantially contemporaneously with this response. *See* DNs 72 and 73.

6. Defendant RG Group has reached out to Plaintiff's counsel. Plaintiff's counsel has proposed a broad framework to RG Group for resolving the matter, but it is

currently unknown as to whether the parties will be able to come to some agreement. In the event the parties' discussions prove to be unfruitful and, if RG Group does not respond to Plaintiff's First Amended Comaplint, Plaintiff plans to seek entry of RG Group's default.

7. To date, Defendant Regtime Ltd. has not contacted Plaintiff's counsel. Therefore, Plaintiff plans to investigate whether Regtime did, in fact, receive the summons, the complaint and the other case initiating documents. If it appears (i) that Regtime received the documents, and (ii) Regtime has no intention of appearing in the action or of resolving the Plaintiff's claims, Plaintiff will seek entry of Regtime's default within 14 days.

8. As to Defendant Frantech Solutions ("Frantech"), the Canadian Central Authority ("CCA") has advised Plaintiff's counsel that it (the CCA) was not able to effect service of the summons and complaint upon Frantech through the Hague Convention. Therefore, Plaintiff will file a renewed motion for an order permitting service of Frantech via email within 14 days.

9. As to Defendant John Doe 1 and the other Doe Defendants, Plaintiff has received information from various of the named defendants that contains personal information regarding various individuals and entities. Plaintiff is currently evaluating this information to determine whether any of the individuals and entities identified have been involved in the hacking of Plaintiff's confidential information and/or in the posting of those materials online. Plaintiff hopes to complete the analysis of this information within the next 60 days.

10. Based upon the foregoing, Plaintiff respectfully requests that the Court discharge the OSC as to Defendants Google, Cloudflare and Automattic and that it continue the return date on the OSC as to Defendants MarkMonitor, RG Group, Regtime, Frantech and the Does Defendants for a period of 60 days to, and including, December 21, 2018.

I dclare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by my hand this 22 rd day of October 2018 at Pasadena, California.

_____
Christopher González Esq.

Attorney for Plaintiff Sport Lisboa e Benfica - Futebol SAD

3
**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**