1  Christopher Gonzalez (SBN 174455)
   cgonzalez@leechtishman.com
2  Douglas H. Morseburg (SBN 126205)
3  dmorseburg@leechtishman.com
   A. Bruce Bowden, Admitted Pro Hac Vice
4  abbowden@leechtishman.com
5  Leech Tishman Fuscaldo & Lampl
   200 South Los Robles Avenue, Suite 210
6  Pasadena, CA 91101
7  Telephone No.: (626) 796-4000
   Facsimile No.: (626) 795-6321
8
9  Attorneys For Plaintiff Sport
   Lisboa e Benfica - Futebol SAD
10

11              **IN THE UNITED STATES DISTRICT COURT**
12
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

14 | SPORT LISBOA E BENFICA - FUTEBOL SAD, | Civil Action No. 2:18-cv-02978-RSWL-E |
15 | | Hon. Ronald S.W. Lew |
   | PLAINTIFF, | |
16 | VS. | **PLAINTIFF'S RENEWED NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING SERVICE OF PROCESS OF FRANTECH SOLUTIONS VIA EMAIL** |
17 | JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al. | |
18 | | |
19 | DEFENDANTS. | |
20 | | Hearing Date: December 11, 2018 |
   | | Time: 10:00 a.m. |
21 | | Judge: Hon. Ronald S.W. Lew |
22 | | Courtroom: TBD |

23
24
25
26
27
28

**PLAINTIFF'S RENEWED MOTION FOR EMAIL SERVICE OF FRANTECH SOLUTIONS**

TO THE COURT, EACH PARTY, AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

PLEASE TAKE NOTICE that on December 11, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Ronald S.W. Lew, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff Sport Lisboa e Benfica – Futebol, SAD ("Benfica") will, and it hereby does, renew its motion to the Court for leave to serve the Summons, First Amended Complaint ("FAC") and other relevant documents in this action by email upon Defendant FranTech Solutions ("FranTech").

The foregoing motion is made pursuant to Rules 4(f)(3) and 4(h) of the Federal Rules of Civil Procedure on the grounds that FranTech is located in Canada and the Canadian Central Authority has not been able to effect service of the summons and complaint upon FranTech through the Hague Convention. Therefore, under the circumstances, service of summons and complaint upon FranTech by email is reasonably calculated to provide the FranTech with actual notice of the lawsuit against it.

This renewed motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Esther J. Choe, the records and files in this action, the arguments of counsel and on any other matter the Court may consider at the hearing on the motion.

Dated: November 13, 2018            LEECH TISHMAN FUSCALDO & LAMPL

                                        /s/Esther J. Choe
                                        Esther J. Choe
                                    Attorneys for Plaintiff Sport Lisboa e Benfica - Futebol SAD

1

**PLAINTIFF'S RENEWED MOTION FOR EMAIL SERVICE OF FRANTECH SOLUTIONS**