1  Christopher Gonzalez (SBN 174455)
2  cgonzalez@leechtishman.com
   Douglas H. Morseburg (SBN 126205)
3  dmorseburg@leechtishman.com
4  A. Bruce Bowden, Admitted Pro Hac Vice
   abbowden@leechtishman.com
5  Leech Tishman Fuscaldo & Lampl
6  200 South Los Robles Avenue, Suite 210
   Pasadena, CA 91101
7  Telephone No.: (626) 796-4000
8  Facsimile No.: (626) 795-6321

9  Attorneys For Plaintiff Sport
10 Lisboa e Benfica - Futebol SAD

11

12              IN THE UNITED STATES DISTRICT COURT
13
14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  SPORT LISBOA E BENFICA - FUTEBOL SAD, | Civil Action No. 18-cv-2978 |
| 16 | Hon. Ronald S.W. Lew |
| 17  PLAINTIFF, | **DECLARATION OF ESTHER J.** |
| VS. | **CHOE IN SUPPORT OF** |
| 18 | **PLAINTIFF'S RENEWED MOTION** |
| 19  JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al. | **FOR AN ORDER PERMITTING** |
| | **SERVICE OF PROCESS OF** |
| 20 | **FRANTECH SOLUTIONS VIA** |
| 21  DEFENDANTS. | **EMAIL; MEMORANDUM OF** |
| | **POINTS AND AUTHORITIES** |
| 22 | |
| 23 | |
| 24 | Hearing Date: December 11, 2018 |
| | Time: 10:00 a.m. |
| 25 | Judge: Hon. Ronald S.W. Lew |
| 26 | Courtroom: TBD |

27

28

DECLARATION OF ESTHER J. CHOE ISO RENEWED MOTION FOR EMAIL SERVICE

# DECLARATION OF ESTHER J. CHOE

I, Esther J. Choe declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and I am a member of the bar of this Court.  I am one of the attorneys responsible for representing Plaintiff Sport Lisboa e Benfica - Futebol SAD ("Benfica") in this action.  I am personally familiar with the facts set forth below and, if called as a witness and sworn, I could and would testify as to them from my own knowledge, except as where stated on information and belief and, as to those facts, I believe them to be true.  I make this declaration in support Benfica's Renewed Motion For An Order Permitting Service of Process of FranTech Solutions Via Email.

2.     Since this case initiated, I have conducted diligent investigations in an attempt to find a physical location for Defendant FranTech Solutions through online searches and through HackerTarget.com, a private cyber security firm.  Accordingly, I provided a physical address of FranTech Solutions in Canada to Canadian Central Authority ("CCA") to effect service of process under the Hague Convention.  However, CCA advised our office that it could not effect service of FranTech Solutions at the address we provided.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of a report from CCA dated September 6, 2018.

3.     Since then, I have conducted further searches to find a valid physical location for FranTech Solutions.  However, addresses from these investigations all proved to be invalid addresses.  I have not been able to obtain any information as to whether FranTech Solutions maintains a physical address.

4.     Attached as <u>Exhibit B</u> are true and correct copies of email correspondence between Francisco Dias, the founder of FranTech Solutions, and Christopher Gonzalez, including an email dated June 28, 2018 in which Mr. Dias provided his phone number to Mr. Gonzalez.  None of the emails Mr. Gonzalez sent to FranTech bounced back.

**DECLARATION OF ESTHER J. CHOE ISO RENEWED MOTION FOR EMAIL SERVICE**

1    5.    I am informed that Mr. Gonzalez has left voice mail messages for Mr.

2  Dias, but Mr. Dias has not returned any of the calls.  Plaintiff's counsel has not been

3  able to communicate with Mr. Dias by phone.  Since July 1, 2018, Mr. Dias has not

4  responded to any other emails from Mr. Gonzalez.

5    6.    Attached as <u>Exhibit C</u> is a true and correct print-outs of information from

6  FranTech Solution's website, https://frantech.ca/.

7    I declare under penalty of perjury under the laws of the United States and the

8  State of California that the foregoing is true and correct and that this declaration as

9  executed by my hand this _13th_ day of November 2018 at Pasadena, California.

10

11

12  Esther J. Choe

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**DECLARATION OF ESTHER J. CHOE ISO RENEWED MOTION FOR EMAIL SERVICE**