# EXHIBIT A



## BRITISH COLUMBIA

10,700-20/California/USA

File Number 2018-120

September 6, 2018

Christopher Gonzalez Esq.
Leech Tishman Fuscaldo & Lampl. Inc.
200 South Los Robles Avenue, Suite 210
Pasadena California  91101
USA

Dear Christopher Gonzalez Esq.:

Re:   Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters - **Francisco Dias, FranTech Solutions, 3635 Craigmillar Avenue, Victoria, BC  V8P 3H2  Canada**

The above referenced documents received from you were forwarded to the Sheriff on May 18, 2018.

Unfortunately, the Deputy Sheriff was unable to serve these documents.

I am returning your documents with Section 2 of the Certificate completed on the set marked with a red flag.

Also enclosed is a receipt in the amount of $80.00.

Thank you.

Yours truly,

*[signature]*

Doris Dardengo
Central Authority Administrator

Enclosures

Page 1 of 1

| | | | |
|---|---|---|---|
| **Ministry of Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5 |
| | | Telephone:  (250) 387-0724 | Facsimile: (250) 387-4349 |

**EXHIBIT A, Page 1 of 4**

# CERTIFICATE
ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée*

| – the (date) / le (date): | |
|---|---|
| – at (place, street, number): à (localité, rue, numéro) : | |

| – in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : |
|---|
| ☐ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ b) **in accordance with the following particular method\*:** selon la forme particulière suivante* : |
| ☐ c) **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

*I have attached 2 pages of attempted services along with attempts to reach Mr. Dias - He claims to be out of the country in the Las Vegas area. Deput #754*

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / *Annexes*

| Documents returned: Pièces renvoyées : | **Sheriff Service** SEP 04 2018 **Victoria BC** |
|---|---|
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| **Done at** / Fait à  850 Burdett | **Signature and/or stamp** Signature et / ou cachet |
|---|---|
| **The** / le  **Sheriff Service** SEP 04 2018 **Victoria BC** | *[signature]* #754 |



# PROCESS RECORD SHEET

**BRITISH COLUMBIA**

Name of Person/Company to be served: Francisco DIAS

vs Francisco DIAS

| Service Address | 3635 Craigmiller Av. Victoria B.C. Canada | | Phone 778-977-8246 |
|---|---|---|---|
| Date Received May 23/18 | Returnable Date | Serve before ASAP | Sheriff Office Victoria |
| Court/Registry | Court File Number | Conduct Money | Information Number |

Received From (name and address): 1001 Douglas St. Victoria B.C. V8W 2C5

Type of Document(s): extrajudicial documents

| Date Served | Time | Place Served |
|---|---|---|

Number of Services

Service Attempts (List Details)

May 23/18 Machine

end of July. Las Vegas.

250-389-1317.

Jaime DIAS

July 12 2018 1645 hrs. Attended Address spoke to F DIAS father: JAIME DIAS. House # is 250-389-1317. He stated that JAIME is in LAS VEGAS until end of Month. Left a notice form with him. He wouldn't provide an address for his son, but said he hasn't changed his address. I don't believe he is being truthful as to his whereabouts.

July 13 2018. I spoke to D. Dorenge in response to her email inquiry on this matter. Joanne — cont.

Deputy Sheriff _____  Date Returned _____

☐ Additional Information on Back

SHS 808 02/02

**EXHIBIT A, Page 3 of 4**

July 16, 2018 - 1550 hrs. Returned a phone call from voicemail @ Reiterated conversation I had with her husband. MRS Dias contacted their son. He will make contact when he comes back. Jeanne

Aug 1 '18 @ 1020 hours spoke with mother she explained that he would be back in country in two weeks. I said that's not the notation I have that if she's hiding him or his whereabouts that could be construed as obstructing a peace officer and he needs to deal with this. D-19

Aug. 21, 2018 @ 1205 - called 1·702·728·8933 (Las Vegas #) (this number was left on file as Francisco Diaz's cell # in Vegas). Got a machine - left a message indicating that he has a document to pick up @ the Victoria Sheriff's office. I left the office phone # as well. D-29.

4 Sept - Once again tried calling number 7027288933 and straight to voicemail. D-19

**EXHIBIT A, Page 4 of 4**