# EXHIBIT B

**Esther J. Choe**

| | |
|---|---|
| **From:** | Christopher Gonzalez |
| **Sent:** | Tuesday, July 03, 2018 12:55 PM |
| **To:** | Francisco Dias |
| **Cc:** | Esther J. Choe |
| **Subject:** | Re: Summons and Complaint Package to FranTech re Case No. 2:18-cv-02978-RSWL-E |

Are you free tomorrow (7/3/18) at 1230 (PDT)?

---

**From:** Francisco Dias <fdias@frantech.ca>
**Date:** Sunday, July 1, 2018 at 5:24 PM
**To:** Christopher Gonzalez <CGonzalez@LeechTishman.com>
**Subject:** Re: Summons and Complaint Package to FranTech re Case No. 2:18-cv-02978-RSWL-E

Hello Chris,

Just let me know what works for you and I'll make sure I'm around. I work from home.

Francisco

On July 1, 2018 3:44:12 PM Christopher Gonzalez <CGonzalez@LeechTishman.com> wrote:

> Francisco:
>
> Let's set a call to discuss.  Advise when are you free this week.  Note, Wednesday is a USA holiday.
>
> Chris
>
> **Christopher Gonzalez | Partner**
> cgonzalez@leechtishman.com
>
> **LEECHTISHMAN**
> **LEECH TISHMAN FUSCALDO & LAMPL, INC.**
> leechtishman.com
>
> 200 Los Robles Avenue, Suite 210
> Pasadena, CA 91101
> T: 818.550.8300 | F: 818.956.1984
> Toll-Free 844.750.1600
>
> **PITTSBURGH  | CHICAGO  | LOS ANGELES  | NEW YORK  | SARASOTA  |  WILMINGTON, DE**
>
> *Leech Tishman is a national full-service law firm committed to providing professional legal service to individuals, businesses and institutions, offering the value clients expect. We combine a practical, professional approach with a strong understanding of local, regional, national and international business and personal legal services. Our lawyers collaborate, leverage resources, share industry and practice experiences, and function cohesively to best serve every client with solutions to*

*address routine and complex legal matters. Headquartered in Pittsburgh, PA, we also have offices in Chicago, El Segundo, CA, Los Angeles, New York, Pasadena, CA, Sarasota and Wilmington, DE.*

*Please consider the environment before printing this email.*

*******************************************

DISCLAIMER:  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. This email message, its contents and any attachments hereto, are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and notify sender immediately at 818.550.8300.  Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary hereinabove, this email communication, its contents and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, any of its clients, or any other person or entity.

NOTICE RE: SERVICE OF COURT DOCUMENTS:  Unless an agreement exists between the sender and recipient  the use of electronic mail for the transmission of any message shall not be construed as constituting consent to service of court documents, papers and/or pleadings under any applicable state or federal rules or laws.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
*******************************************

**From:** Francisco Dias <fdias@frantech.ca>
**Date:** Thursday, June 28, 2018 at 10:31 AM
**To:** Christopher Gonzalez <CGonzalez@LeechTishman.com>
**Subject:** Re: Summons and Complaint Package to FranTech re Case No. 2:18-cv-02978-RSWL-E

Hello Mr. Gonzalez,

I've left a call back request with the office secretary, but in case she doesn't pass you the message, you're welcome to call me at 1-778-977-8246. This number is long distance for you since we're Canadian. That's obviously an issue for this case, but instead of being a thorn in yours, and your clients, behinds, I'm happy to work through the issues you have with the client in question.

Please be aware that:

- we're a webhost, we would fall under safe harbor (in both countries) anyway.
- rgho.st is a file share service, it's unlikely my client is the one that uploaded the content. if you visit http://rgho.st you'll see so on the front page.
- the site isn't hosted within the US jurisdiction.

Please contact me at your earliest convenience and I'm sure we can resolve everything in a timely manner.

Francisco

On 6/27/2018 4:38 PM, Christopher Gonzalez wrote:

> **Via Emails:** francisco@frantech.ca, admin@frantech.ca
>
> Dear Mr. Dias,
>
> My name is Christopher Gonzalez.  I am an attorney representing Sport Lisboa e Benfica - Futebol SAD, a plaintiff in the above-captioned case which is pending in the United States District Court, Central District of California.  Attached please find the (1) Summons issued to FranTech Solutions from the Court, the (2) First Amended Complaint (the operative Complaint in this case) and also the following: (3) Civil Case Cover Sheet, (4) Notice of Interested Parties, (5) Corporate Disclosure Statement, (6) Notice of Judge Assignment and (7) ADR Notice.
>
> Please contact me to discuss the issues presented in these documents.  We look forward to your response.
>
> **Christopher Gonzalez | Partner**
> cgonzalez@leechtishman.com
>
> **LEECH**TISHMAN
> **LEECH TISHMAN FUSCALDO & LAMPL, INC.**
> leechtishman.com
>
> 200 Los Robles Avenue, Suite 210
> Pasadena, CA 91101
> T: 818.550.8300 | F: 818.956.1984
> Toll-Free 844.750.1600
>
> **PITTSBURGH  | CHICAGO  | LOS ANGELES  |  NEW YORK  | SARASOTA  |  WILMINGTON, DE**
>
> *Leech Tishman is a national full-service law firm committed to providing professional legal service to individuals, businesses and institutions, offering the value clients expect. We combine a practical, professional approach with a strong understanding of local, regional, national and international business and personal legal services. Our lawyers collaborate, leverage resources, share industry and practice experiences, and function cohesively to best serve every client with solutions to address routine and complex legal matters. Headquartered in Pittsburgh, PA, we also have offices in Chicago, El Segundo, CA, Los Angeles, New York, Pasadena, CA, Sarasota and Wilmington, DE.*
>
> *Please consider the environment before printing this email.*
>
> *******************************************
> DISCLAIMER:  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. This email message, its contents and any attachments hereto, are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure

or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and notify sender immediately at 818.550.8300.  Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary hereinabove, this email communication, its contents and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, any of its clients, or any other person or entity.

NOTICE RE: SERVICE OF COURT DOCUMENTS:  Unless an agreement exists between the sender and recipient  the use of electronic mail for the transmission of any message shall not be construed as constituting consent to service of court documents, papers and/or pleadings under any applicable state or federal rules or laws.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
*******************************************

 *** External Email: Use Caution Clicking Links ***

*** External Email: Use Caution Clicking Links ***