# EXHIBIT C

# FranTech

Login    Register    |    View Cart

## Name

## Email Address

## Subject

## Message

Please enter the characters you see in the image below into the text box provided. This is required to prevent automated submissions.



Send Message

Powered by WHMCompleteSolution

---

Copyright © 2018 FranTech. All Rights Reserved.

CHAT WITH SALES

Hello,

Thank you for your interest in us, but at this time we're not offering any services through the Frantech Solutions brand.

We humbly ask that you try out our alternative brand, **BuyVM**.

You'll experience the same great service, more features and even better prices.

If you wish, you may **contact us** or **visit our client portal**.





| | Stallion | Wiki | Community Discord | Client Area |

PRODUCTS ▾    DDOS PROTECTION ▾    REVIEWS ▾    FEATURES ▾    ABOUT US ▾

🛟 Overwhelmed? **We're here to help.**

## A bit about our company. We're mostly sane. Mostly.

BuyVM is part of **Frantech Solutions**, a pioneer of the affordable virtual server market since 2010. We have grown BuyVM from a hopeful startup into a sustainable business that other companies try to imitate.

We offer a limited number of products optimized to perform at peak and with total uptime always as the goal. Choose from our **OpenVZ**, **KVM**, **KVM Storage**, or **Windows VPS** products and enhance your hosting with features other companies do not offer like the **Stallion Control Panel**, **DDoS Protection**, and **Anycast**.

At BuyVM we back our VPS products with the quality, and responsiveness customers expect. We offer real 24/7 customer support provided by real technologists. Rest easy knowing your VPS hosting is being provided by the experienced hosting professionals at BuyVM.

We want to earn your business.

**CONTACT SUPPORT**



### Meet Francisco.

Francisco is a true visionary in the VPS and web hosting industry.

Francisco is the Founder of **Frantech Solutions**, and is the mastermind behind BuyVM and **BuyShared**. Francisco is a seasoned developer with over 15 years of experience in the hosting industry. His innovations are the driving force behind BuyVM. Superior quality and amazing features developed by Francisco are what makes BuyVM a quality VPS hosting brand recommended by selective customers around the world.

**Have questions?** We'll help answer all of them.    💬 **CONTACT SUPPORT**

💬 **CHAT WITH SALES**

# BUYVM

© 2010-2018 BuyVM. All rights reserved.

A division of *frantech* Solutions.

Terms of Service - Acceptable Use

## SERVICES

Dedicated KVM Slices
OpenVZ VPS
KVM VPS
Storage VPS
Anycast VPS
DDOS Protection

## COMPANY

About Us
Data Centers
Awesome Features
Community Chat

## SUPPORT

BuyVM Wiki
Contact Us
Sign Up
Support Center

💬 CHAT WITH SALES