1
2
3
4
5
6
7
8             **IN THE UNITED STATES DISTRICT COURT**
9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| SPORT LISBOA E BENFICA - FUTEBOL SAD, | Civil Action No. 18-cv-2978 |
| --- | --- |
| PLAINTIFF, | Hon. Ronald S.W. Lew |
| VS. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR SERVICE OF PROCESS OF FRANTECH SOLUTIONS VIA EMAIL** |
| JOHN DOE 1, AN UNKNOWN PERSON OR ENTITY, etc. et al. | |
| DEFENDANTS. | |

1  The Court, having considered the Renewed Notice of Motion and Motion for an
2  Order Permitting Service of Process of FranTech Solutions Via Email, the accompanying
3  Memorandum of Points and Authorities of Plaintiff Sport Lisboa e Benfica – Futebol
4  SAD ("Benfica"), the accompanying Declaration of Esther J. Choe, records and files in
5  this action and arguments of counsel, hereby GRANTS the Renewed Motion.
6  Benfica shall serve the summons, first amended complaint, and other relevant
7  documents on Defendant FranTech Solutions via email at the following addresses:
8  fdias@frantech.ca; francisco@frantech.ca; and admin@frantech.ca.

11 IT IS SO ORDERED.

13 Dated: _____       _____
14                              Hon. Ronald S.W. Lew
                                United States District Judge

1